# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1211**                               **September Term, 2014**

NLRB-15CA019697
NLRB-10CA038074

Filed On: December 8, 2014 [1526054]

Road Sprinkler Fitters Local Union No. 669,
U.A., AFL-CIO,

      Petitioner

    v.

National Labor Relations Board,

      Respondent

------------------------------

Austin Fire Equipment, LLC,
      Intervenor

## **O R D E R**

Upon consideration of respondent's unopposed motion to hold in abeyance the filing of the certified index to the record, it is

**ORDERED** that the motion be granted. The deadline for filing the certified index is suspended pending further order of the court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/
                                      Mark A. Butler
                                      Deputy Clerk